IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>CURTIS WESTON,<br><br>　　Defendant. | No. 26-CR-04003<br><br>**INDICTMENT**<br><br>**Counts 1-66**<br>　18 U.S.C. § 1344:<br>　Bank Fraud<br><br>**Count 67**<br>　18 U.S.C. § 1349:<br>　Conspiracy to Commit Bank Fraud<br><br>**Counts 68**<br>　18 U.S.C. § 1956(a)(1)(B)(i):<br>　Money Laundering<br><br>**Count 69**<br>　18 U.S.C. § 1956(h):<br>　Money Laundering Conspiracy<br><br>**Count 70**<br>　18 U.S.C. § 1957:<br>　Engaging in a Monetary Transaction in<br>　Property Derived from Specified<br>　Unlawful Activity |

The Grand Jury charges:

### Counts 1-66
### Bank Fraud

Introduction

At all times relevant to this Indictment:

1. Defendant, CURTIS WESTON, and INDIVIDUAL 1 both resided in the Northern District of Iowa.

1

2. INDIVIDUAL 1 was employed at a bank, BANK 1, located in the Northern District of Iowa. Before his employment at BANK 1, INDIVIDUAL 1 was employed at another bank, BANK 2, also located in the Northern District of Iowa.

3. Defendant had accounts at BANK 1 in his name. Specifically, defendant had accounts at BANK 1 ending in 3164 and 0870.

4. INDIVIDUAL 1 also utilized an account at BANK 1 in the name of a friend, FRIEND 1, ending in 3547. FRIEND 1 was not aware that INDIVIDUAL 1 utilized his account ending in 3547 at BANK 1.

5. BANK 1 utilized an electronic wire, by way of the internet, to transfer funds internally from the bank's general ledger to customer accounts.

6. BANK 1 and BANK 2 were financial institutions, as defined in 18 U.S.C. § 20, and were insured by the Federal Deposit Insurance Corporation.

7. Defendant had an account at BANK 2 ending in 5722.

8. Defendant had accounts in his name at BANK 3 ending in 1689 and 9277.

9. Defendant had an account at BANK 4 ending in 7416.

10. Defendant and INDIVIDUAL 1 created and utilized accounts in their names at an online brokerage, ONLINE BROKERAGE 1. Defendant and INDIVIDUAL 1 had joint accounts at ONLINE BROKERAGE 1 ending in 6730 and 7634. Defendant had accounts in his name at ONLINE BROKERAGE 1 ending in 2851 and 3166. INDIVIDUAL 1 had an account in his name at ONLINE BROKERAGE 1 ending in 0310.

11. BANK 1, BANK 2, BANK 3, and BANK 4 customers could deposit checks by way of an electronic wire, a mobile deposit, and monitor account balances with online access. ONLINE BROKERAGE 1 received interstate wires from BANK 1 in the state of New York when wire transfers were initiated in order to send funds from BANK 1 to ONLINE BROKERAGE 1.

12. CUSTOMERS 1-26 (collectively "the Customers") had loans processed in their names at BANK 1. CUSTOMERS 1, 10, 11, 18, 20, 23 and 25 were originally customers at BANK 2 and never had legitimate loans processed in their names at BANK 1. The remaining customers, CUSTOMERS 2-9, 12-17, 19, 21-22, 24, and 26, each had at least one legitimate loan serviced by INDIVIDUAL 1 at BANK 1.

13. Defendant was aware of his account balances at BANK 1, BANK 2, and BANK 3, and would frequently check on his accounts using an online login.

## The Scheme to Defraud

14. Between September 20, 2021, and November 13, 2023, in the Northern District of Iowa, and elsewhere, defendant, knowingly devised, executed, and attempted to execute a scheme and artifice to defraud BANK 1 and to obtain the monies, funds, assets, and other property under the custody or control of BANK 1 by means of false and fraudulent pretenses, representations, and promises ("the scheme to defraud").

## Manner and Means of the Scheme to Defraud

15. Beginning no later than September 20, 2021, and continuing through at least November 13, 2023, in the Northern District of Iowa, and elsewhere defendant used and misappropriated approximately $21,992,037 of the proceeds from these fraudulent loans. Defendant used and authorized INDIVIDUAL 1 to use accounts in defendant's name at BANK 1, in order to move fraudulent loan proceeds in the name of defendant and the Customers by way of interstate wire from BANK 1's general ledger account to accounts at BANK 1 in defendant's name for defendant's own purposes and not for the benefit of BANK 1 and the Customers.

16. With defendant's knowledge and permission, INDIVIDUAL 1 transferred the fraudulent loan proceeds from BANK 1's general ledger by way of wire transfer to customer accounts at BANK 1. The majority of the wires went to accounts at BANK 1 in defendant's name. Most of the fraudulent loan proceeds were later transferred from BANK 1 to investment accounts in the names of defendant and INDIVIDUAL 1 at ONLINE BROKERAGE 1 by way of wire transfer. The remaining fraudulent loan proceeds were transferred to investment accounts in the names of defendant and INDIVIDUAL 1 at ONLINE BROKERAGE 1 by way of cashier's check or personal check that were physically deposited.

17. With the fraudulent loan proceeds, defendant and INDIVIDUAL 1 purchased stocks or made other transfers to other accounts at ONLINE BROKERAGE 1

4

for the purpose of buying stocks for the benefit of defendant and INDIVIDUAL 1.

18. INDIVIDUAL 1 processed fraudulent loans at BANK 1 totaling approximately $21,992,037. Defendant and INDIVIDUAL 1 transferred a total of approximately $21,992,037 in fraudulently obtained loan funds within and out of BANK 1, in the Northern District of Iowa, by interstate wire.

19. The fraudulently obtained loan funds were invested by defendant and INDIVIDUAL 1 in various accounts at ONLINE BROKERAGE 1 in the state of New York. By the end of 2023, the investment accounts at ONLINE BROKERAGE 1 in accounts with either of their names on them contained a total monetary value of $379.18.

Execution of the Scheme to Defraud

20. As an employee of BANK 1, INDIVIDUAL 1 created and processed fraudulent loans from BANK 1 in the names of defendant and the Customers between September 20, 2021, and November 13, 2023.

21. The Customers were not aware of the existence of the fraudulent loans detailed below that were processed in their names. The Customers never received the corresponding funds that were dispersed as a result of the fraudulent loan applications. Some of the fraudulent loan proceeds in defendant's name were used to pay off the balances from prior fraudulent loan balances in the Customers' and defendant's names. Toward the end of

the operation of the scheme, defendant and INDIVIDUAL 1 moved some of the fraudulent loan proceeds through investment accounts at ONLINE BROKERAGE 1 and then utilized funds to pay down some of the balances owed on older fraudulent loans.

22. The overall loss to BANK 1 from defendant and INDIVIDUAL 1's scheme was approximately $20,217,000. BANK 1's total loss was reduced by $18,847,699.61, which was paid by a holding company (HOLDING COMPANY 1) directly.

23. In obtaining these loans, defendant and INDIVIDUAL 1 knowingly executed and participated in a scheme to defraud BANK 1 to obtain moneys and funds owned by and under the custody and control of BANK 1 by means of material falsehoods, false and fraudulent pretenses, representations, and promises with intent to defraud. The loans include, but are not limited to the following:

| Count | Date | Name on Loan | Amount | BANK 1 Deposit | ONLINE BROKERAGE 1 Final Deposit |
|---|---|---|---|---|---|
| 1 | 9/20/2021 | Defendant | $285,000 | 3164 | 6730 |
| 2 | 4/5/2022 | Defendant | $275,000 | 3164 | 6730 |
| 3 | 6/28/2022 | CUSTOMER 1 | $537,000 | 3164 | 6730 |
| 4 | 7/18/2022 | Defendant | $477,000 | 3164 | 6730 |
| 5 | 8/8/2022 | CUSTOMER 2 | $234,500 | Defendant's cashier's check | 6730 |

| Count | Date | Name on Loan | Amount | BANK 1 Deposit | ONLINE BROKERAGE 1 Final Deposit |
|---|---|---|---|---|---|
| 6 | 8/29/2022 | CUSTOMER 3 | $299,460 | 3164 | 6730 |
| 7 | 8/31/2022 | CUSTOMER 2 | $170,000 | 3164 | 6730 |
| 8 | 8/31/2022 | CUSTOMER 2 | $186,000 | 3164 | 6730 |
| 9 | 9/12/2022 | CUSTOMER 4 | $649,060 | 3164 | 6730 |
| 10 | 10/12/2022 | CUSTOMER 5 | $283,400 | 3164 | 6730 |
| 11 | 10/12/2022 | CUSTOMER 5 | $283,400 | 3164 | 6730 |
| 12 | 10/13/2022 | CUSTOMER 6 | $283,400 | 3164 | 6730 |
| 13 | 10/13/2022 | CUSTOMER 6 | $283,400 | 3164 | 6730 |
| 14 | 10/27/2022 | CUSTOMER 7 | $261,840 | 3164 | 6730 |
| 15 | 10/27/2022 | CUSTOMER 7 | $240,300 | 3164 | 6730 |
| 16 | 11/7/2022 | CUSTOMER 8 | $362,300 | 3164 | 6730 |
| 17 | 11/7/2022 | CUSTOMER 8 | $346,650 | 3164 | 6730 |
| 18 | 11/23/2022 | CUSTOMER 9 | $592,000 | 3164 | 6730 |
| 19 | 11/23/2022 | CUSTOMER 10 | $518,500 | 3164 | 6730 |
| 20 | 12/5/2022 | CUSTOMER 11 | $257,500 | 3164 | 6730 |
| 21 | 12/19/2022 | CUSTOMER 12 | $345,000 | 3164 | 6730 |
| 22 | 12/19/2022 | CUSTOMER 11 | $439,500 | FRIEND 1 checks | 6730 |
| 23 | 1/17/2023 | CUSTOMER 13 | $284,380 | 3164 | 6730 |
| 24 | 1/18/2023 | CUSTOMER 14 | $650,000 | 3164 | 6730 |
| 25 | 2/13/2023 | CUSTOMER 15 | $177,480 | 3164 | 6730 |

| Count | Date | Name on Loan | Amount | BANK 1 Deposit | ONLINE BROKERAGE 1 Final Deposit |
|---|---|---|---|---|---|
| 26 | 2/21/2023 | CUSTOMER 16 | $526,500 | 3164 | 6730 |
| 27 | 2/27/2023 | CUSTOMER 17 | $282,500 | 3164 | 6730 |
| 28 | 2/27/2023 | CUSTOMER 17 | $295,000 | 3164 | 6730 |
| 29 | 3/20/2023 | CUSTOMER 18 | $292,750 | 3164 | 6730 |
| 30 | 3/22/2023 | CUSTOMER 18 | $425,000 | 3164 | 6730 |
| 31 | 4/14/2023 | CUSTOMER 19 | $579,250 | 3164 | 6730 |
| 32 | 4/14/2023 | CUSTOMER 20 | $597,500 | 3164 | 6730 |
| 33 | 5/19/2023 | CUSTOMER 9 | $151,494 | 3164 | 6730 |
| 34 | 5/19/2023 | CUSTOMER 10 | $148,188 | 3164 | 6730 |
| 35 | 5/26/2023 | CUSTOMER 19 | $163,549 | 3164 | 6730 |
| 36 | 5/26/2023 | CUSTOMER 20 | $142,877 | 3164 | 6730 |
| 37 | 5/30/2023 | CUSTOMER 21 | $295,417 | 3164 | 6730 |
| 38 | 6/12/2023 | CUSTOMER 22 | $442,000 | 3164 | 6730 |
| 39 | 6/12/2023 | CUSTOMER 23 | $357,483 | 3164 | 6730 |
| 40 | 7/3/2023 | CUSTOMER 24 | $283,844 | 3164 | 6730 |
| 41 | 7/3/2023 | CUSTOMER 24 | $264,048 | 3164 | 6730 |
| 42 | 7/6/2023 | CUSTOMER 25 | $276,422 | 3164 | 6730 |
| 43 | 7/6/2023 | CUSTOMER 25 | $263,056 | 3164 | 6730 |
| 44 | 7/18/2023 | CUSTOMER 11 | $250,782 | FRIEND 1 checks | 6730 |
| 45 | 7/21/2023 | CUSTOMER 18 | $249,785 | FRIEND 1 checks | 6730 |

| Count | Date | Name on Loan | Amount | BANK 1 Deposit | ONLINE BROKERAGE 1 Final Deposit |
|---|---|---|---|---|---|
| 46 | 7/28/2023 | CUSTOMER 25 | $239,322 | 3164 | 6730 |
| 47 | 7/28/2023 | CUSTOMER 24 | $223,486 | 3164 | 6730 |
| 48 | 8/2/2023 | CUSTOMER 3 | $98,843 | 3164 | 6730 |
| 49 | 8/10/2023 | CUSTOMER 9 | $211,104 | 3164 | 6730 |
| 50 | 8/10/2023 | CUSTOMER 26 | $341,814 | 3164 | 6730 |
| 51 | 8/11/2023 | CUSTOMER 7 | $319,414 | 3164 | 6730 |
| 52 | 8/16/2023 | CUSTOMER 15 | $258,428 | 3164 | 6730 |
| 53 | 8/31/2023 | CUSTOMER 19 | $246,922 | 3164 | 6730 |
| 54 | 8/31/2023 | CUSTOMER 5 | $247,418 | 3164 | 6730 |
| 55 | 8/31/2023 | CUSTOMER 20 | $247,277 | 3164 | 6730 |
| 56 | 9/5/2023 | CUSTOMER 3 | $117,518 | 3164 | 7634 |
| 57 | 9/6/2023 | CUSTOMER 2 | $387,216 | 3164 | 7634 |
| 58 | 9/6/2023 | CUSTOMER 4 | $214,377 | 3164 | 7634 |
| 59 | 9/12/2023 | Defendant | $415,000 | 0870 | 7634 |
| 60 | 9/12/2023 | CUSTOMER 1 | $455,000 | 0870 | 7634 |
| 61 | 10/10/2023 | CUSTOMER 4 | $398,464 | 3164 | 7634 |
| 62 | 11/3/2023 | CUSTOMER 7 | $389,714 | 3164 | 7634 |
| 63 | 11/8/2023 | CUSTOMER 6 | $723,239 | 3164 | 7634 |
| 64 | 11/10/2023 | CUSTOMER 3 | $370,000 | 3164 | 7634 |
| 65 | 11/10/2023 | CUSTOMER 5 | $361,462 | 3164 | 7634 |

| Count | Date | Name on Loan | Amount | BANK 1 Deposit | ONLINE BROKERAGE 1 Final Deposit |
|---|---|---|---|---|---|
| 66 | 11/13/2023 | CUSTOMER 6 | $716,504 | 3164 | 7634 |
| | | Total | $21,992,037 | | |

24. This was in violation of Title 18, United States Code, Section 1344.

## Count 67
## Conspiracy to Commit Bank Fraud

25. Paragraphs 1 through 24 are incorporated by this reference.

26. Between about May 16, 2021, and November 13, 2023, in the Northern District of Iowa and elsewhere, defendant CURTIS WESTON and others known and unknown to the Grand Jury did conspire, confederate, and agree with each other to commit Bank Fraud, in violation of 18 U.S.C. § 1344.

27. This was in violation of Title 18, United States Code, Section 1349.

## Count 68
## Money Laundering

28. Paragraphs 1-13 above are incorporated by this reference.

29. On or about June 3, 2021, in the Northern District of Iowa and elsewhere, defendant CURTIS WESTON, and others known and unknown to the Grand Jury, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is Bank Fraud in violation of 18 U.S.C. § 1344, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the

10

proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

30. Between on or about May 16, 2021, and continuing through at least June 4, 2021, defendant CURTIS WESTON and INDIVIDUAL 1 engaged in money laundering, where on May 18, 2021, defendant transmitted (or caused to be transmitted) a fraudulent loan (ending in 4020) at BANK 2 in defendant's name into defendant's BANK 2 account ending in 5722 for funds totaling $200,000. In obtaining this loan, defendant knowingly executed and participated in a scheme to defraud BANK 2 to obtain moneys and funds owned by and under the custody and control of BANK 2 by means of material falsehoods, false and fraudulent pretenses, representations, and promises with intent to defraud.

31. On May 19, 2021, defendant transferred $200,000 of the fraudulent loan proceeds to defendant's account at BANK 3 ending in 9277 by way of personal check.

32. On June 2, 2021, and June 4, 2021, defendant further transmitted $199,900 of the fraudulent loan proceeds from defendant's account at BANK 3 ending in 9277 to defendant's account at BANK 3 ending in 1689, including $188,900 and $10,000 transfers, by way of online transfers on June 4, 2021.

33. On June 3, 2021, defendant wrote a personal check for $199,500 from his BANK 3 account ending in 1689 to INDIVIDUAL 1.

34. On June 4, 2021, INDIVIDUAL 1 deposited the fraudulent loan proceeds, defendant's $195,500 personal check from BANK 3 account ending in 1689, by way of mobile deposit into INDIVIDUAL 1's account ending in 0310 at ONLINE BROKERAGE 1.

35. This was in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## Count 69
## Money Laundering Conspiracy

36. Paragraphs 1-24, and Counts 1-68, above, are incorporated by this reference.

37. Between about May 16, 2021, and November 13, 2023, in the Northern District of Iowa and elsewhere, defendant CURTIS WESTON, did knowingly combine, conspire, and agree with persons known and unknown to the Grand Jury to commit offenses in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), specifically, to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, Bank Fraud in violation of 18 U.S.C. § 1344 as alleged in Counts 1-66 above, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

38. This was in violation of Title 18, United States Code, Section 1956(h).

## Count 70

### Engaging in a Monetary Transaction in Property Derived from Specified Unlawful Activity

39. Paragraphs 1-24, and Counts 1-66, above, are incorporated by this reference.

40. On or about January 24, 2023, in the Northern District of Iowa and elsewhere, defendant CURTIS WESTON knowingly engaged in financial transactions affecting interstate commerce, in criminally derived property of a value greater than $10,000, such property having been derived from specified unlawful activity, namely, Bank Fraud in violation of 18 U.S.C. § 1344, specifically, a transfer totaling $20,000 from defendant's BANK 1 account ending in 3164 to defendant's BANK 4 account ending in 7416.

41. This was in violation of Title 18, United States Code, Section 1957.

A TRUE BILL

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Grand Jury Foreperson    Date 1-14-26

LEIF OLSON
United States Attorney

By: /s/ Ron Timmons

RON TIMMONS
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 01-15-2026
PAUL DE YOUNG, CLERK