# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>CURTIS WESTON<br><br>*Defendant* | )<br>)<br>)<br>) Case No. 26-CR-04003<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U.S. Federal Courthouse<br>320 6th Street<br>Sioux City, IA 511101 | Courtroom No.: 1st Floor Courtroom |
|---|---|---|
| | | Date and Time: 1/26/2026 11:00 AM |

This offense is briefly described as follows:

18 U.S.C. § 1344: Bank Fraud; 18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1956(a)(1)(B)(i): Money Laundering; 18 U.S.C. § 1956(h): Money Laundering Conspiracy; 18 U.S.C. § 1957: Engaging in a Monetary Transaction in Property Derived from Specified Unlawful Activity

Date: 1/15/2026

*Issuing officer's signature*

Kelly K.E. Mahoney, U.S. Chief Magistrate Judge
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 01/20/2026

**BRIAN PROCTOR**
Digitally signed by BRIAN PROCTOR
Date: 2026.01.20 10:27:50 -06'00'

*Server's signature*

Brian Proctor/ Deputy US Marshal
*Printed name and title*

Served electronically via email