# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CURTIS WESTON, Defendant. | **HEARING MINUTES** Sealed: No |
| | Case No.: 5:26-cr-4003-LTS-KEM |
| | Presiding Judge: Kelly K.E. Mahoney, Chief Magistrate Judge |
| | Deputy Clerk: klh |
| | Official Court Record: FTR Gold    Contract? |
| | Contact Information: |

| Date: | 1/26/2026 | Start: | 11:00 am | Adjourn: | 11:11 a.m. | Courtroom: | SC First Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | | Telephonic? |

| Appearances: | Plaintiff: | AUSA Ronald Timmons | | | | |
|---|---|---|---|---|---|---|
| | Defendant: | FPD Brad Hansen (defendant appears personally) | | | | |
| | U.S. Probation: | Matt Sturdevant | | | | |
| | Interpreter: | | Language: | | Certified: | Phone: |

| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | X |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| | Contested? No | Continued from a previous date? |
| Date of Indictment: | 1/15/2026 | |
| Was defendant *Mirandized*? | Yes | |
| Defendant pleaded | Not Guilty to Counts 1-70 of the Indictment | |
| Counsel: | Retained X | Appointed (FPD or CJA Panel): FPD Brad Hansen |
| Did the government move for detention? | No | Was the defendant detained? No |
| Stipulated Discovery Order | Yes | |
| Detention hearing: | n/a | |
| Trial date: | 3/30/2026 | |
| Rule 16.1 discovery conference | Satisfied. Due Process Protections Act | |
| **Witness/Exhibit List is** | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | |
| **Miscellaneous:** | Defendant waives the formal reading of the Indictment. Regular trial management order deadlines to apply and to be set in Trial Management Order. | |